The People of the State of New York ex rel. Richard S. Steves, Relator, v. Edmund O'Connor, as Commissioner of Records of the County of Kings, and Edward A. McEvoy, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Burr, Thomas, Rich, Stapleton and Putnam, JJ., concurred.

Ernest S. Sargent, Respondent, v. Dicran L. Dadirrian, Appellant.— Order of the County Court of Westchester county modified by striking out all requirements of the order appealed from except subdivisions 6 and 13, and as so modified affirmed, without costs of this appeal to either party. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

Jessie Strickland, Appellant, v. Frank Strickland, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion to punish for contempt granted, and proceedings remitted to the Special Term to determine the nature and extent of the punishment therefor. But this decision is without prejudice to an application to such Special Term by defendant to be permitted to pay the arrears of alimony in installments, and, pending such payment, to be relieved from imprisonment, or to an application upon proper papers and due notice to have the amount of such alimony reduced. Burr, Thomas, Carr, Rich and Putnam, JJ., concurred.

Joseph Tolpa, Respondent, v. Stephen Tritschler, Appellant.— Judgment of the County Court of Queens county unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

Edison Electric Illuminating Company of Brooklyn, Plaintiff, v. Horace E. Frick Company and Others, Appellants and Respondents.— The decision as handed down (See 158 App. Div. 950) did not express the full conclusion of the court, and the motion for reargument is granted in order that a decision may be made which will conform to the conclusions reached, and case set down for Monday, December 15, 1913. Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.*

Metta F. Merchant, as Administratrix, etc., Respondent, v. George M. Ryall, Appellant, and Others, Defendants.— Motion to resettle order granted to the extent of including in the case on appeal the matter from the lines 2 to 36, inclusive. Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

Laura A. Porter, as Administratrix, etc., Respondent, v. The City of New York, Appellant.— Motion denied, without costs. Present — Jenks, P. J., Burr, Rich, Stapleton and Putnam, JJ.

John Tierney, Respondent, v. Pittsburgh Contracting Company, Appellant.— Motion for reargument denied, without costs. Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

Henry J. Washburn, Respondent, v. John T. Rainier and Paul N. Linberger, Appellants, Impleaded with Others, Defendants.— Motion to resettle order granted upon condition that, if he so desires, the appellant

* See *post*, p. 903.— [REP.

may withdraw his appeal to the Court of Appeals, and in such case respondents pay taxable costs to date and disbursements in said court. Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

Flora Battersby, as Administratrix, etc., Respondent, v. Improved Property Holding Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Carr, Rich and Stapleton, JJ.

Margaret M. Carroll and Others, Appellants, v. Henry J. Pierron, as Executor, etc., and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Burr, Thomas, Rich, Stapleton and Putnam, JJ., concurred.

Herbert A. Flint, Respondent, v. Abendroth Bros., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Thomas, Stapleton and Putnam, JJ.